UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRYANT TANG, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>-against-<br><br>PHILIP MORRIS USA, INC.,<br><br>      Defendant. | CIVIL ACTION NO: 08-cv-05085 |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Procedure 41(a)(1), the undersigned counsel hereby stipulate that all claims of BRYANT TANG be dismissed in their entirety without prejudice, each party to bear its own costs.

Dated:   July 30, 2012

_/s/ Michael A. London_
Michael A. London, Esq.
Virginia E. Anello, Esq.
DOUGLAS & LONDON, P.C.
111 John Street, Suite 1400
New York, New York 10038
Tel. (212) 566-7500

-and-

Jerrold S. Parker
Peter J. Cambs, Sr.
PARKER WAICHMAN LLP
6 Harbor Park Drive
Port Washington, New York 11050
Tel. (516) 723-4611

_Counsel for Plaintiff Bryant Tang_

i

_____/s/ Philip H. Curtis_____

Philip H. Curtis
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY  10022-4690
(212) 715-1000
philip.curtis@aporter.com

John C. Massaro
David E. Kouba
ARNOLD & PORTER LLP
555 12th Street N.W.
Washington, D.C.  20004
(202) 942-5000
john.massaro@aporter.com
david.kouba@aporter.com

*Attorneys for Defendant Philip Morris USA Inc.*

The application is   ☒ granted.
SO ORDERED.          ___ denied.

s/ SLT

Sandra L. Townes, U.S.D.J.
Dated: July 30, 2012
       Brooklyn, New York

2